**Dismissed and Memorandum Opinion filed November 15, 2011.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-11-00808-CR

———————————

**DAVID LORENZA JOYNER, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 174th District Court
Harris County, Texas
Trial Court Cause No. 1318560**

## M E M O R A N D U M     O P I N I O N

This is an attempted appeal from a judgment of contempt and commitment order signed August 31, 2011.  Orders for contempt of court cannot be appealed.  *Ex parte Eureste*, 725 S.W.2d 214, 216 (Tex. Crim. App. 1986).   The proper course of review from a contempt order entered in a district court is by an original application for writ of habeas corpus.  *Id.   See also* Tex. Const. art. V, § 5.

We lack jurisdiction over this attempted appeal.  Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Anderson and Christopher.
Do Not Publish ─ Tex. R. App. P. 47.2(b).